# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MELISSA RIDDERHOFF,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:20-cv-00167 |
| **v.** | ) |
| | ) Judge Sara L. Ellis |
| **CAPITAL ONE BANK (USA), N.A.** and | ) |
| **EQUIFAX INFORMATION SERVICES, LLC,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF AGREED MOTION

To:     All Counsel of Record

**PLEASE TAKE NOTICE**, that on **February 19, 2020 at 9:45 a.m.**, or as soon as counsel shall be heard, the undersigned shall appear before the **Honorable Sara L. Ellis** in **Courtroom 1403**, located in the **Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604**, and then and there present **Defendant Equifax Information Services LLC's Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint**, a copy of which is served upon you.

Respectfully submitted this 14th day of February, 2020.

*/s/ Rodney L. Lewis*
Rodney L. Lewis
Claire Brennan
Polsinelli PC
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
Tel. (312) 819-1900
Fax (312) 819-1910 Fax
Email: rodneylewis@polsinelli.com
Email: cbrennan@polsinelli.com

*Attorneys for Defendant Equifax Information Services, LLC*

1

## CERTIFICATE OF SERVICE

This is to certify that on February 14, 2020, I served the foregoing with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to the following counsel of record:

Alexander J. Mikulaschek, Esq.
Law Offices of Robert S. Gitmeid & Assoc., PLLC
11 Broadway, Suite 960
New York, NY 10004

*Attorneys for Plaintiff*

                                           */s/ Rodney L. Lewis*